August 18, 2005

Mr. Kristofer S. Monson
Assistant Solicitor General
P.O. Box 12548(MC 059)
Austin, TX 78711-2548

Mr. Kenneth E. McKay
Locke, Lidell & Sapp, L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-3095

RE: Case Number: 05-0666
 Court of Appeals Number: 13-05-00460-CV
 Trial Court Number: 2003-60163

Style: IN RE THE STATE OF TEXAS, BY AND THROUGH THE TEXAS DEPARTMENT
 OF TRANSPORTATION

Dear Counsel:

 Today, the Supreme Court of Texas granted the relators' emergency
motion for temporary relief, in the above-referenced case.
 The Supreme Court of Texas has requested that the real party in
interest file a response to the emergency motion for temporary relief and
the petition for writ of mandamus, in the above styled case. The response
is due to be filed in this office no later than 3:00 p.m., August 23, 2005.
 PLEASE NOTE that Rule 9.2(b), Tex. R. App. P. does not apply. There is no
filing fee associated with this requested response.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Gena Pelham, Deputy Clerk

|cc:|Mr. Charles Bacarisse |
| |Ms. Cathy Wilborn |
| |Honorable Sharolyn P. |
| |Wood |